UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
Harrisburg, PA.
December 15, 2021
Clerk, U.S. Bankruptcy Court

IN RE:

Eric M. Sheffer       Chapter 13
**(Debtor 1)**      Case Number: 1:21-bk-01940-HWV

## CERTIFICATE OF SERVICE

I, Eric M. Sheffer, of 1350 Highland Avenue Road, Gettysburg, PA 17325, certify:

That I am, and at all times hereinafter mentioned, more than 18 years of age.

That on the date below, I served a copy of the following documents:

1. Certificate of Service for the 1st Amended Chapter 13 Plan
2. Certificate of Service for the 2nd Amended Chapter 13 Plan

To the following individuals:

1. Jack N. Zaharopoulos     (Served by email & U.S. Mail)
   Standing Chapter 13 Trustee
   8125 Adams Drive Suite A
   Hummelstown, PA 17036

2. Asst. U.S. Trustee     (Served by email & U.S. Mail)
   United States Trustee
   228 Walnut Street, Suite 1190
   Harrisburg, PA 17101

3. Linda St. Pierre     (Served by email & U.S. Mail)
   (Authorized agent for Fay Servicing LLC)
   McCalla Raymer Leibert Pierce, LLC
   1544 Old Alabama Road,
   Roswell, Georgia 30076

4. Deborah Murray     (Served by email & U.S. Mail)
   (Credit Recovery Specialist – 1st ED Credit Union)
   1156 Kennebec Drive
   Chambersburg, PA 17201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 12-13-21    By:    */s/ Eric M. Sheffer*
                                              Eric M. Sheffer
                                              1350 Highland Avenue Road
                                              Gettysburg, PA 17325
                                              Phone:  717-253-8287
                                              Email: ericsheffer2227@gmail.com

| | |
|---|---|
| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
| To: | PAMBml_fax |
| Subject: | EDSS filing from Eric M. Sheffer for on Wednesday, December 15, 2021 - 08:46 |
| Date: | Wednesday, December 15, 2021 8:46:33 AM |

Submitted on Wednesday, December 15, 2021 - 08:46
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Eric M. Sheffer
Debtor's name (if different):
Filer's EMail Address: ericsheffer2227@gmail.com
Filer's Phone Number: 17172538287
Case number (if known): 21-BK-01940-HWV
  ==Documents==
  Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/Sheffer%20BK%20Chapter%2013%20Plan%202nd%20Revision.pdf
    Document description: Revised Chapter 13 Plan - 2nd Amendment
  ==More Documents==
  Document 2:

http://www.pamb.uscourts.gov/system/files/webform/edss/Sheffer%20Certificate%20of%20Service%20Letter.pdf
    Document 2 description: Certificate of Notice Letter
    Document 3:
    Document 3 description:
    Document 4:
    Document 4 description:
    Document 5:
    Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Eric M. Sheffer