United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Eric M. Sheffer<br>    Debtor | Case No. 21-01940-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 15, 2021      Form ID: ntfp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric M. Sheffer, 1350 Highland Avenue, Gettysburg, PA 17325-7703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lorraine Gazzara Doyle | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Markian R Slobodian | on behalf of Creditor 1st Ed Credit Union law.ms@usa.net |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

ntfp(09/19)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eric M. Sheffer     Chapter 13

**Debtor(s)**     Case number 1:21−bk−01940−HWV

## Notice To Filing Party

**Please take notice that:**

The Certificate of Service filed with the court attached to docket entry **#45** does not evidence service on all creditors. Please file an amended certificate of service within four (4) days evidencing service of the **Certificate of Service**. LBR 9013−2 governs form and content of a certificate of service.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 15, 2021 |