**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Eric M. Sheffer, : Chapter 13
      Debtor : Bankruptcy No. 1:21-bk-01940-HWV

## CERTIFICATE OF SERVICE

I, Brenna H. Mendelsohn, hereby certify that on this 27th day of December 2021, I served, or caused to be served, a true and correct copy of the Third Amended Plan upon all interested parties, including any creditors listed on the Matrix attached hereto by first class mail on December 27, 2021.

                                                        Respectfully Submitted,

Dated: <u>December 27, 2021</u>      By:    /s/ *Brenna H. Mendelsohn*
                                                          Brenna H. Mendelsohn, Esquire

FILED            Harrisburg, PA.
September 3, 2021
Clerk, U.S. Bankruptcy Court

## Matrix List of Creditors

Eric M. Sheffer
1350 Highland Avenue Road
Gettysburg, PA 17325

1. Fay Servicing, LLC
   P.O. Box 809441
   Chicago, Illinois 60680
   Loan # 278073

2. 1st ED Credit Union
   P.O. Box 505
   Chambersburg, PA 17201

3. McCabe, Weisberg & Conway, LLC
   123 South Broad Street Ste 1400
   Philadelphia, PA 19109

End of List

Case 1:21-bk-01940-HWV    Doc 2    Filed 09/03/21    Entered 09/03/21 12:17:00    Desc
Main Document     Page 1 of 2
Case 1:21-bk-01940-HWV    Doc 54    Filed 12/29/21    Entered 12/29/21 09:04:16    Desc
Main Document     Page 2 of 2