UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERIC M. SHEFFER<br>Debtor | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| ERIC M. SHEFFER<br>Respondent | :<br>: CASE NO. 1-21-bk-01940 |

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 5th day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Debtor's plan is not feasible if he does not negotiate a
       loan modification with his mortgage lenders.

2. Trustee avers that debtor's plan cannot be administered due to the lack of the following:

    a. Copy of deed transferring title to the residence into
       his name alone.

    b. Copy of loan modification applications to mortgage lenders.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/James K. Jones

<u>CERTIFICATE OF SERVICE</u>

      AND NOW, this   5th   day of January, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brenna Mendelsohn, Esquire
637 Walnut Street
Reading, PA   19601

                                    /s/Deborah A. Behney
                                    Office of Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee