# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Eric Sheffer

**Debtor(s)**

**CHAPTER** 13

**CASE NO.** 1-21-bk-01940

**ADVERSARY NO.** __-__-ap-_____ (if applicable)

**Plaintiff(s)/Movant(s)**
**vs.**

**Nature of Proceeding:** Motion for Relief

**Defendant(s)/Respondent(s)**

**Document #:** 60

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Working towards settlement

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/28/2022

Attorney for: Debtor
Name: Brenna H. Mendelsohn
Phone Number: 610-374-8088

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.