

NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE

APPLE Honda
APPLE HONDA
1212 Loucks Road
York, PA 17404

60-142 / 313

PAY **NO DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 03/18/22 | $0.00 |

TO THE ORDER OF
ERIC M SHEFFER
1350 HIGHLAND AVE RD
GETTYSBURG, PA 17325

DIRECT DEPOSIT ADVICE
DEPOSIT ADVICE ONLY
NON-NEGOTIABLE

FULTON BANK-PAYROLL

## DEPOSIT ADVICE – THIS IS NOT A CHECK

| APPLE HONDA 1212 Loucks Road York, PA 17404 Phone: 717-848-2600 Fax: 717-854-5970 | EMPLOYEE NAME | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|
| | ERIC M SHEFFER | | 8478 | 9013 | 40318003DD |
| | DIVISION | DEPARTMENT | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 4 | HFMGR | 02/27/22 | 03/12/22 | 03/18/22 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 80.00 | | 1,500.00 | 8,850.00 | FEDERAL S-1 | 65.29 | 7,650.81 |
| HOLIDAY | | | 0.00 | 693.88 | OASDI | 77.97 | 2,587.50 |
| MONTHLY BNS | | | 0.00 | 33,644.13 | MEDICARE | 18.23 | 605.14 |
| TOTAL PAY | 80.00 | | 1,500.00 | 43,188.01 | STATE-PA S-1 | 38.61 | 1,281.24 |
| VAC REMAINING | 80.00 | | | | SUI | 0.90 | 25.91 |
| | | | | | CITY-HGET | 21.38 | 709.48 |
| | | | | | OCCUPATIN TX | 2.00 | 12.00 |
| | | | | | DOMESTIC REL | 336.00 | 2,016.00 |
| | | | | | HEALTH INS | 228.00 | 1,368.00 |
| | | | | | DELTA DENTAL | 11.82 | 70.92 |
| | | | | | VISIONS INS | 2.54 | 15.24 |
| | | | | | 401K | 315.00 | 2,835.00 |
| | | | | | UNITED WAY | 19.23 | 115.38 |
| D DEPOSIT 2 | CHKNG | | 363.03 | 23,895.39 | | | |
| NET PAY CHK | | | 0.00 | 0.00 | | | |
| TOTAL NET PAY | | | 363.03 | 23,895.39 | | | |



NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE  NON-NEGOTIABLE

APPLE HONDA
1212 Loucks Road
York, PA 17404

60-142 / 313

PAY **NO DOLLARS AND 00/100**

DATE: 03/04/22   AMOUNT: $0.00

TO THE ORDER OF
ERIC M SHEFFER
1350 HIGHLAND AVE RD
GETTYSBURG, PA 17325

FULTON BANK-PAYROLL

DIRECT DEPOSIT ADVICE
DEPOSIT ADVICE ONLY
NON-NEGOTIABLE

# DEPOSIT ADVICE – THIS IS NOT A CHECK

APPLE HONDA
1212 Loucks Road
York, PA 17404
Phone: 717-848-2600
Fax: 717-854-5970

| EMPLOYEE NAME | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|
| ERIC M SHEFFER | 8478 | 9013 | 40304003DD |

| DIVISION | DEPARTMENT | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| 4 | HFMGR | 02/13/22 | 02/26/22 | 03/04/22 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 80.00 | | 1,500.00 | 7,350.00 | FEDERAL S-1 | 65.29 | 4,341.58 |
| HOLIDAY | | | 0.00 | 693.88 | OASDI | 77.97 | 1,575.79 |
| MONTHLY BNS | | | 0.00 | 18,583.93 | MEDICARE | 18.23 | 368.53 |
| TOTAL PAY | 80.00 | | 1,500.00 | 26,627.81 | STATE-PA S-1 | 38.61 | 780.28 |
| VAC REMAINING | 80.00 | | | | SUI | 0.90 | 15.98 |
| | | | | | CITY-HGET | 21.38 | 432.08 |
| | | | | | OCCUPATIN TX | 2.00 | 10.00 |
| | | | | | DOMESTIC REL | 336.00 | 1,680.00 |
| | | | | | HEALTH INS | 228.00 | 1,140.00 |
| | | | | | DELTA DENTAL | 11.82 | 59.10 |
| | | | | | VISIONS INS | 2.54 | 12.70 |
| | | | | | 401K | 315.00 | 2,205.00 |
| | | | | | UNITED WAY | 19.23 | 96.15 |
| D DEPOSIT 2 | CHKNG | | 363.03 | 13,910.62 | | | |
| NET PAY CHK | | | 0.00 | 0.00 | | | |
| TOTAL NET PAY | | | 363.03 | 13,910.62 | | | |

The Reynolds and Reynolds Company  ERAINTPCE  SF693610 Q  (01/19)

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE



**APPLE Honda**

APPLE HONDA
1212 Loucks Road
York, PA 17404

60-142 / 313

PAY **NO DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 03/08/22 | $0.00 |

TO THE ORDER OF

ERIC M SHEFFER
1350 HIGHLAND AVE RD
GETTYSBURG, PA 17325

FULTON BANK-PAYROLL

**DIRECT DEPOSIT ADVICE**
DEPOSIT ADVICE ONLY
NON-NEGOTIABLE

## DEPOSIT ADVICE – THIS IS NOT A CHECK

APPLE HONDA
1212 Loucks Road
York, PA 17404
Phone: 717-848-2600
Fax: 717-854-5970

| EMPLOYEE NAME | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|
| ERIC M SHEFFER | 8478 | 9013 | 40308002DD |

| DIVISION | DEPARTMENT | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|
| 4 | HFMGR | | 03/01/22 | 03/01/22 | 03/08/22 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| MONTHLY BNS | | | 15,060.20 | 33,644.13 | FEDERAL S-1 | 3,243.94 | 7,585.52 |
| HOLIDAY | | | 0.00 | 693.88 | OASDI | 933.74 | 2,509.53 |
| SALARY | | | 0.00 | 7,350.00 | MEDICARE | 218.38 | 586.91 |
| TOTAL PAY | 0.00 | | 15,060.20 | 41,688.01 | STATE-PA S-1 | 462.35 | 1,242.63 |
| VAC REMAINING | 80.00 | | | | SUI | 9.03 | 25.01 |
| | | | | | CITY-HGET | 256.02 | 688.10 |
| | | | | | 401K | 315.00 | 2,520.00 |
| | | | | | OCCUPATIN TX | 0.00 | 10.00 |
| | | | | | DOMESTIC REL | 0.00 | 1,680.00 |
| | | | | | HEALTH INS | 0.00 | 1,140.00 |
| | | | | | DELTA DENTAL | 0.00 | 59.10 |
| | | | | | VISIONS INS | 0.00 | 12.70 |
| | | | | | UNITED WAY | 0.00 | 96.15 |
| D DEPOSIT 2 | CHKNG | | 9,621.74 | 23,532.36 | | | |
| NET PAY CHK | | | 0.00 | 0.00 | | | |
| TOTAL NET PAY | | | 9,621.74 | 23,532.36 | | | |

The Reynolds and Reynolds Company  ERAINTPCE  SF693610 Q  (01/19)



## DEPOSIT ADVICE – THIS IS NOT A CHECK

| APPLE HONDA<br>1212 Loucks Road<br>York, PA 17404<br>Phone: 717-848-2600<br>Fax: 717-854-5970 | EMPLOYEE NAME | | | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|---|---|
| | ERIC M SHEFFER | | | 8478 | 9013 | 40218003DD |
| | DIVISION | DEPARTMENT | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 4 | HFMGR | | 01/30/22 | 02/12/22 | 02/18/22 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 80.00 | | 1,500.00 | 5,850.00 | FEDERAL S-1 | 65.29 | 4,276.29 |
| HOLIDAY | | | 0.00 | 693.88 | OASDI | 77.97 | 1,497.82 |
| MONTHLY BNS | | | 0.00 | 18,583.93 | MEDICARE | 18.24 | 350.30 |
| TOTAL PAY | 80.00 | | 1,500.00 | 25,127.81 | STATE-PA S-1 | 38.61 | 741.67 |
| VAC REMAINING | 80.00 | | | | SUI | 0.90 | 15.08 |
| | | | | | CITY-HGET | 21.38 | 410.70 |
| | | | | | OCCUPATIN TX | 2.00 | 8.00 |
| | | | | | DOMESTIC REL | 336.00 | 1,344.00 |
| | | | | | HEALTH INS | 228.00 | 912.00 |
| | | | | | DELTA DENTAL | 11.82 | 47.28 |
| | | | | | VISIONS INS | 2.54 | 10.16 |
| | | | | | 401K | 315.00 | 1,890.00 |
| | | | | | UNITED WAY | 19.23 | 76.92 |
| D DEPOSIT 2 | CHKNG | | 363.02 | 13,547.59 | | | |
| NET PAY CHK | | | 0.00 | 0.00 | | | |
| TOTAL NET PAY | | | 363.02 | 13,547.59 | | | |