# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Eric Sheffer

**Debtor(s)**

**Plaintiff(s)/Movant(s)**
**vs.**

**Defendant(s)/Respondent(s)**

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**CHAPTER** ___13___

**CASE NO.** _1_ - _21_ -bk- _01940_____

**ADVERSARY NO.** __-__ ap-_____
**(if applicable)**

**Nature of Proceeding:** Application

for Compensation

**Document #:** 82_____

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

      This request must be filed at least twenty-four (24) hours prior to the hearing.  All requests must be approved by the Court.  Submitting a request is not an automatic continuance.

      The undersigned hereby requests a continuance with the concurrence of the opposing party (parties).  This is a first request for a continuance.[2]

Reason for the continuance.

Debtor's attorney is scheduled for a Custody Trial in State Court on this same date.

      Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:      04/14/2022

/s/ Brenna H. Mendelsohn, Esq.

Attorney for Debtor

Name: Brenna Mendelsohn

Phone Number: 610-374-088

---

[1] No alterations or interlineations of this document are permitted.