UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric M. Sheffer,,                      Bankruptcy No. 1:21-01940-HWV
         Debtor                                      Chapter 13

## CERTIFICATE OF SERVICE

       I, Brenna H. Mendelsohn, hereby certify that on this 11th day of April 2022, I served, or caused to be served, a true and correct copy of the Sixth Amended Plan upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

                                                                 Respectfully Submitted,

Dated: <u>April 11, 2022</u>                     By:    <u>/s/ *Brenna H. Mendelsohn*</u>
                                                             Brenna H. Mendelsohn, Esquire