UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric M. Sheffer,,       Bankruptcy No. 1:21-01940-HWV
         Debtor                              Chapter 13

## CERTIFICATE OF SERVICE

    I, Brenna H. Mendelsohn, hereby certify that on this 11th day of April 2022, I served, or caused to be served, a true and correct copy of the Sixth Amended Plan upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

                                                Respectfully Submitted,

Dated: April 11, 2022                By:    /s/ *Brenna H. Mendelsohn*
                                                      Brenna H. Mendelsohn, Esquire

Case 1:21-bk-01940-HWV   Doc 87   Filed 04/18/22   Entered 04/18/22 10:01:20   Desc
Main Document     Page 1 of 1
Case 1:21-bk-01940-HWV   Doc 90   Filed 04/18/22   Entered 04/18/22 14:51:02   Desc
Main Document     Page 1 of 2

## Matrix List of Creditors

Eric M. Sheffer
1350 Highland Avenue Road
Gettysburg, PA 17325

1. Fay Servicing, LLC
   P.O. Box 809441
   Chicago, Illinois 60680
   Loan # 278073

2. 1st ED Credit Union
   P.O. Box 505
   Chambersburg, PA 17201

3. McCabe, Weisberg & Conway, LLC
   123 South Broad Street Ste 1400
   Philadelphia, PA 19109

End of List

Case 1:21-bk-01940-HWV    Doc 2    Filed 09/03/21    Entered 09/03/21 12:17:00    Desc
Main Document    Page 1 of 2

Case 1:21-bk-01940-HWV    Doc 57-1    Filed 12/29/21    Entered 12/29/21 10:50:55    Desc
Certificate of Service    Page 2 of 2

Case 1:21-bk-01940-HWV    Doc 90    Filed 04/18/22    Entered 04/18/22 14:51:02    Desc
Main Document    Page 2 of 2