| In re: | Case No. 21-01940-HWV |
|---|---|
| Eric M. Sheffer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Kristi V. Wallace, 1350 Highland Avenue, Gettysburg, PA 17325-7703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenna H. Mendelsohn | on behalf of Debtor 1 Eric M. Sheffer Tobykmendelsohn@comcast.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lauren Marie Moyer | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |

Markian R Slobodian
    on behalf of Creditor 1st Ed Credit Union law.ms@usa.net

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric M. Sheffer,<br>Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation, Trust<br>Movant<br><br>Eric M. Sheffer<br>Kristi V. Wallace- Co Debtor<br>Jack N Zaharopoulos, Trustee,<br>Respondents | Case No.: 1:21-bk-01940-HWV<br><br>Chapter: 13<br><br>Chief Judge Henry W. Van Eck<br><br>Hearing Date: April 5, 2022 at 9:30 am |

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY, CO-DEBTOR STAY AND IN REM/PROSPECTIVE RELIEF

Upon Consideration the proposed Stipulation resolving the Motion for Relief from Stay, Co-Debtor Stay and In Rem/Prospective Relief is hereby APPROVED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 2, 2022