United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 21-01940-HWV

Eric M. Sheffer                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                Page 1 of 2

Date Rcvd: Dec 27, 2022                       Form ID: pdf010                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Dec 27 2022 19:09:44 | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenna H. Mendelsohn | on behalf of Debtor 1 Eric M. Sheffer Tobykmendelsohn@comcast.net |
| Brian C Nicholas | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lauren Marie Moyer | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Markian R Slobodian | on behalf of Creditor 1st Ed Credit Union law.ms@usa.net |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric M. Sheffer<br>Debtor<br><br>Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust<br><br>Movant<br>v.<br><br>Eric M. Sheffer<br>Jack N Zaharopoulos - Trustee<br>Respondents | Case No.: 1:21-bk-01940-HWV<br><br>Chapter: 13<br><br>Judge: Henry W. Van Eck<br><br>Objection Deadline: December 20, 2022 |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

Upon consideration of the Motion (the "Motion") of Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust ("Movant") dated November 28, 2022, came before the Court, seeking an order approving the terms of a loan modification agreement, which modifies the first mortgage on the Debtor's real property located at 1350 Highland Avenue Rd, Gettysburg, PA 17325 (the "Premises"). This Court, having considered the evidence presented and the arguments of the parties, there being due and sufficient notice of the Motion; there being no opposition; and with good cause appearing therefore, it is hereby

**ORDERED** that Debtor is authorized to enter into the Loan Modification Agreement annexed hereto as **Exhibit A;** and it is further

**ORDERED** that the obligations due to Movant pursuant to the Note are secured by a duly perfected lien and Mortgage upon the Property as evidenced by a duly recorded Mortgage,

which lien and security interest is valid and remains in full force and effect, and the modification authorized by the Order shall not modify the priority of the Mortgage as originally filed; and it is further

**ORDERED** that the terms of the Note and Mortgage are not amended other than as detailed in the Loan Modification Agreement; and it is further

**ORDERED** that nothing in the Order shall be understood or construed to be satisfaction or release in whole or in part of the Note and Mortgage; and it is further

**ORDERED** that upon entry of this Order, any discontinuance of any foreclosure action in state court affecting the Property is approved by this Court, and that any steps taken to discontinue any foreclosure action affecting the Property will not be deemed a violation of the automatic stay; and it is further

**ORDERED** that upon entry of this Order, Claim No. 1-1 shall be deemed amended to reflect arrearage of $0.00 and the terms of the Loan Modification Agreement; and it is further

**ORDERED** that this Court shall retain jurisdiction over any dispute arising from or in connection with this Order.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 27, 2022