IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG

IN RE:                                                                          CASE NO.: 1:21-bk-01940-HWV
Eric M. Sheffer                                        CHAPTER: 13

     Debtor(s),

_____/

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

     U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust withdraws its Notice of Mortgage Payment Change filed 08/10/2022 as the Notice of Mortgage Payment Change was filed in error.

     DATED February 1, 2023.

                                                    Respectfully submitted,

                                                    /s/ Christopher Giacinto

                                                    _____
                                                    CHRISTOPHER GIACINTO
                                                    Padgett Law Group
                                                    6267 Old Water Oak Road
                                                    Suite 203
                                                    Tallahassee, Florida 32312
                                                    (850) 422-2520 (telephone)
                                                    (850) 422-2567 (fax)
                                                    plginquiries@padgettlawgroup.com
                                                    Authorized Agent for Creditor