# CRISWELL AUTOMOTIVE

503 QUINCE ORCHARD ROAD
GAITHERSBURG, MD 20878 (301) 948-0880

CRISWELL CHEVROLET, INC.
CRISWELL PERFORMANCE CARS, INC.
CRISWELL PERFORMANCE IMPORTS, INC.
CRISWELL NISSAN OF GERMANTOWN, INC.
CRISWELL CHEVROLET OF THURMONT, LLC
CRISWELL PERFORMANCE CARS OF THURMONT, INC.

ERIC M SHEFFER
1350 HIGHLAND AVE RD
GETTYSBURG, PA 17325

| Employee No. | Divsion | Department | Period Begin | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|
| 1430 | 1 | 856 | 01/01/23 | 01/31/23 | 02/15/23 | |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| THUR CJD BON | 175.00 | | 6,623.31 | 18,761.74 |
| THUR CHY BON | 175.00 | | 7,088.39 | 9,405.86 |
| SPIFF | | | 100.00 | 100.00 |
| Total | 350.00 | | 13,811.70 | 28,267.60 |

| Taxes/Deductions | Current | YTD |
|---|---|---|
| FEDERAL S | 2,399.49 | 4,953.59 |
| OASDI | 833.51 | 1,706.96 |
| MEDICARE | 194.94 | 399.21 |
| STATE-PA S-0 | 412.72 | 845.22 |
| MISC SUPPLIE | 4.33 | 8.66 |
| CHILD SUPPOR | 825.00 | 1,650.00 |
| MEDICAL HSA | 218.00 | 436.00 |
| DENTAL INSUR | 50.00 | 100.00 |
| GRP TRM LIFE | 4.33 | 8.66 |
| ST DISABILIT | 13.00 | 26.00 |
| HEALTH SAVNG | 100.00 | 200.00 |
| LEVY FEE | 2.00 | 4.00 |
| DRAW | 1,000.00 | 500.00 |
| OTH DEDUCTS | 125.00 | 130.00 |

| Memo | Hours | Current | YTD |
|---|---|---|---|
| | | | |

| Direct Deposit | Current | YTD |
|---|---|---|
| D DEPOSIT 2  CHKNG | 100.00 | 200.00 |
| D DEPOSIT 1  CHKNG | 7,529.38 | 17,099.30 |

| | Current | YTD |
|---|---|---|
| Net Pay Chk | 0.00 | 0.00 |
| Total Net Pay | 7,629.38 | 17,299.30 |

# CRISWELL AUTOMOTIVE

503 QUINCE ORCHARD ROAD
GAITHERSBURG, MD 20878 (301) 948-0880

CRISWELL CHEVROLET, INC.
CRISWELL PERFORMANCE CARS, INC.
CRISWELL PERFORMANCE IMPORTS, INC.
CRISWELL NISSAN OF GERMANTOWN, INC.
CRISWELL CHEVROLET OF THURMONT, LLC
CRISWELL PERFORMANCE CARS OF THURMONT, INC.

ERIC M SHEFFER
1350 HIGHLAND AVE RD
GETTYSBURG, PA 17325

| Employee No. | Divsion | Department | Period Begin | Period End | Check Date | Check No. |
|---|---|---|---|---|---|---|
| 1430 | 1 | 856 | 12/01/22 | 12/31/22 | 01/13/23 | 56330DD |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| THUR CHY BON | 175.00 | | 2,317.47 | 2,317.47 |
| THUR CJD BON | | | 12,138.43 | 12,138.43 |
| Total | 175.00 | | 14,455.90 | 14,455.90 |

| Taxes/Deductions | Current | YTD |
|---|---|---|
| FEDERAL S | 2,554.10 | 2,554.10 |
| OASDI | 873.45 | 873.45 |
| MEDICARE | 204.27 | 204.27 |
| STATE-PA S-0 | 432.50 | 432.50 |
| MISC SUPPLIE | 4.33 | 4.33 |
| CHILD SUPPOR | 825.00 | 825.00 |
| MEDICAL HSA | 218.00 | 218.00 |
| DENTAL INSUR | 50.00 | 50.00 |
| GRP TRM LIFE | 4.33 | 4.33 |
| ST DISABILIT | 13.00 | 13.00 |
| HEALTH SAVNG | 100.00 | 100.00 |
| LEVY FEE | 2.00 | 2.00 |
| DRAW | 1,000.00 | 500.00 |
| OTH DEDUCTS | 5.00 | 5.00 |

| Memo | Hours | Current | YTD |
|---|---|---|---|
| | | | |

| Direct Deposit | Current | YTD |
|---|---|---|
| D DEPOSIT 2 CHKNG | 100.00 | 100.00 |
| D DEPOSIT 1 CHKNG | 8,069.92 | 8,569.92 |
| Net Pay Chk | 0.00 | 0.00 |
| Total Net Pay | 8,169.92 | 8,669.92 |