**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Eric M. Sheffer,               Bankruptcy No. 1:21-bk-01940-HWV

          Debtor                  Chapter 13

## <u>AMENDED MOTION FOR CONTINAUNCE</u>

     Debtor, Eric M. Sheffer, by and through his counsel Brenna H. Mendelsohn and Mendelsohn and Mendelsohn, P.C., hereby files this Motion for continuance and respectfully avers the following:

1. Debtor, Eric M. Sheffer, commenced this case on September 3, 2021, by filing a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. This Court has jurisdiction over the above matter.

3. Debtor filed a Motion to Modify Plan on April 19, 2023.

4. A hearing on this Motion to Modify Plan is scheduled for June 14, 2023.

5. The Trustee's office has no objection to the continuance.

6. Debtor is requesting a continuance on this hearing for the following reasons:

   a. Debtor has a mandatory meeting scheduled with his place of employment on the same date and Debtor is unable to attend the hearing.

     **WHEREFORE**, Debtor prays that his Honorable Court approves this Motion for Continuance.

                             Respectfully Submitted,

                             <u>/s/ Brenna H. Mendelsohn</u>
                             Brenna H. Mendelsohn, Esquire
                             Attorney for Debtors

Dated: June 7, 2023