# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric M. Sheffer,       Bankruptcy No. 1:21-bk-01940-HWV
       Debtor      Chapter 13

## **ORDER**

AND NOW, it is hereby ORDERED and DECREED that the Motion for Continuance is GRANTED and the matter has been re-scheduled for the _____ day of _____, 2023.

BY THE COURT:

_____
Henry W. Van Eck
United States Bankruptcy Judge