UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eric M. Sheffer,　　　　　　　　　　　Bankruptcy No. 1:21-bk-01940-HWV
　　　　　　Debtor　　　　　　　　　　　　　Chapter 13

## **ORDER**

Upon consideration the Amended Motion to Continue, it is hereby ORDERED and DECREED that the Motion for Continuance is GRANTED and the matter has been re-scheduled for June 28, 2023 at 9:30 AM, U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 8, 2023