UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Eric M. Sheffer  :  Chapter 13
Debtor  :  Bankruptcy No. 1:21-bk-01940-HWV

## AMENDED CERTIFICATE OF SERVICE

    I, Brenna H. Mendelsohn, hereby certify that on this 5th day of July 2023, I served, or caused to be served, a true and correct copy of the Praecipe to Withdraw Chapter 13 Case upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

1st Ed Credit Union
1156 Kennebec Drive
Chambersburg, PA 17201-2809

**MCCALLA RAYMER LEIBERT PIERCE   LLC**
**ATTN WENDY REISS**
**1544 OLD ALABAMA ROAD**
**ROSWELL GA 30076-2102**

Fay Servicing, LLC as servicer for U.S. Bank Friedman Vartolo LLP
1325 Franklin Ave
Suite 160
Garden City, NY 11530-1631

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

FAY SERVICING   LLC
P O BOX 814609
DALLAS TX 75381-4609

Synchrony Bank
P.O. Box 41021
Norfolk VA 23541-1021

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

1st ED Credit Union

P.O. Box 505
Chambersburg, PA 17201-0505

McCabe, Weisberg & Conway, LLC
123 South Broad Street Ste 1400
Philadelphia, PA 19109-1060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Fay Servicing, LLC
C/O Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160 Garden City, NY 11530-1631

U.S. Bank Trust National Association c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-460

U.S. Bank Trust National Association,
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Fay Servicing, LLC
P.O. Box 809441
Chicago, Illinois 60680

Jack N Zaharopoulos Standing
Chapter 13Trustee
8125 Adams Drive,
Suite A
Hummelstown, PA 17036

U.S. Bank Trust National Association, not c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA   30076

                                              Respectfully Submitted,

Dated: July 5, 2023                By:    /s/ *Brenna H. Mendelsohn*
                                                  Brenna H. Mendelsohn, Esquire